```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :    INDICTMENT

        -v.-                      :

ANTHONY BROOKS,                   :

                Defendant.        :

- - - - - - - - - - - - - - - - - - x
```



## COUNT ONE

The Grand Jury charges:

1. Up to and including on or about March 15, 2007, in the Southern District of New York and elsewhere, ANTHONY BROOKS, the defendant, unlawfully, willfully, and knowingly did distribute, receive, attempt to distribute, and attempt to receive materials that contained child pornography, as that term is defined in Title 18, United States Code, Section 2256, and that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, to wit, BROOKS received images of child pornography in Manhattan by computer and in a mail package sent from an out-of-state address.

(Title 18, United States Code, Sections 2252A(a)(2)(B).)


_____          _____
      FOREPERSON                               MICHAEL J. GARCIA
                                               United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ANTHONY BROOKS,

Defendant.

**INDICTMENT**

07 Cr.

(18 U.S.C. § 2252A(a)(2)(B).)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*

Foreperson.

29 May 07 TLC: Post 11/1/87 indictment filed. Assigned to Judge Daniels.

Peek, NJ.