U.S. Department of Justice

United States Attorney
Southern District of New York



The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

September 19, 2007

SO ORDERED

*George B. Daniels*

HON. GEORGE B. DANIELS

SEP 19 2007

Via Facsimile

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street, Room 630
New York, New York 10007

Re:    United States v. Anthony Brooks, 07 Cr. 479 (GBD)

Dear Judge Daniels:

      To provide the Government additional time to produce discovery, including analyses of computer and computer-related data, the Government respectfully requests that today's conference be adjourned until November 7, 2007 at 9:30 a.m. I have spoken to Peter N. Tsapatsaris, Esq., counsel for the defendant, and he has consented to this schedule.

      The Government also requests that the Court exclude time in the above-referenced action until November 7, 2007, the date of the rescheduled conference. Such an exclusion is warranted because, among other reasons, it will enable the Government to produce initial discovery. Mr. Tsapatsaris has also consented to the exclusion of time until November 7.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Kenneth Allen Polite, Jr.
Assistant United States Attorney
(212) 637-2412

cc:    Peter N. Tsapatsaris, Esq. (via facsimile)

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will enable the Government to produce initial discovery, and the defendant consents to such an exclusion of time. Accordingly, it is ORDERED that the time between the date of this Order and November 7, 2007 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(H) & (h)(8)(A), in the interests of justice.

Dated:     New York, New York
           September __, 2007

                              _____
                              JUDGE GEORGE B. DANIELS
                              UNITED STATES DISTRICT JUDGE