# Federal Defenders
OF NEW YORK, IN

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 0 6 2007

Leonard F. Joy
*Executive Director*

*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*

November 5, 2007

By Fax and Hand Delivery
Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**SO ORDERED**

The conference is adjourned to
December 12, 2007 at 9:45 a.m.

*George B. Daniel*

HON. GEORGE B. DANIELS

NOV 0 6 2007

**Re:    United States v. Anthony Brooks**
         **07 Cr. 479 (GBD)**

Dear Judge Daniels:

On behalf of my client, Anthony Brooks, I write to request a thirty day adjournment of the upcoming control date in the above-captioned case, currently scheduled for Wednesday, November 7, 2007. I have recently joined the Federal Defenders and am replacing Peter Tsapatsaris as counsel for Mr. Brooks, and request this adjournment to bring myself up to speed with the case. Assistant United States Attorney, Kenneth Polite, consents to this request on behalf of the Government.

Sincerely,

*Sabrina Shroff* / N3b.

Sabrina P. Shroff
Assistant Federal Defender
212-417-8713

cc:    Assistant United States Attorney Kenneth Polite, via facsimile