

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 23, 2008

***Via Facsimile***

Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street, Room 630
New York, New York 10007

    Re:   United States v. Anthony Brooks,
             07 Cr. 479 (GBD)

Dear Judge Daniels:

      The Government respectfully requests that today's conference in the above-referenced matter be adjourned until February 19, 2008, at 9:30 a.m. Sabrina Shroff, Esq., counsel for the defendant, is currently on trial, and thus, is unavailable for today's conference.

      The Government also requests that the Court exclude time in the above-referenced matter until February 19, 2008, the date of the rescheduled conference. Such an exclusion is warranted because, among other reasons, it will allow the parties to discuss a possible disposition in this matter.

                                      Respectfully submitted,

                                      MICHAEL J. GARCIA
                                      United States Attorney

                          By:   _____
                                 Kenneth Allen Polite, Jr.
                                 Assistant United States Attorney
                                 (212) 637-2412

cc:    Sabrina P. Shroff, Esq. (via facsimile)

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the parties to discuss a possible disposition in this matter. Accordingly, it is ORDERED that the time between the date of this Order and February 19, 2008, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(H) & (h)(8)(A), in the interests of justice.

Dated:   New York, New York
         January ___, 2008

         JAN 2 1 2008

         _____
         JUDGE GEORGE B. DANIELS
         UNITED STATES DISTRICT JUDGE