U.S. Department of Justice



*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 19, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 2 0 2008

*Via Facsimile*

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street, Room 630
New York, New York 10007

    Re:   United States v. Anthony Brooks,
           07 Cr. 479 (GBD)

Dear Judge Daniels:

        To allow the parties to discuss a possible disposition in the above-referenced matter, the Government respectfully requests that Your Honor schedule the next pre-trial conference for April 3, 2008 at 10:00 a.m., and that speedy trial time be excluded until that date. I have spoken to Sabrina P. Shroff, Esq., counsel for the defendant, and she consents to this schedule and exclusion of time.

                                 Respectfully submitted,

                                 MICHAEL J GARCIA
                               United States Attorney

By: _____
      Kenneth Allen Polite, Jr.
      Assistant United States Attorney
      (212) 637-2412

cc:    Sabrina P. Shroff, Esq. (via facsimile)

SO ORDERED:

FEB 2 0 2008

*[signature]*
HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE
JUDGE GEORGE B. DANIELS

TOTAL P.02