

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 3, 2008

USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 0 4 2008

*Via Facsimile*

Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street, Room 630
New York, New York 10007

    Re:   United States v. Anthony Brooks,
           07 Cr. 479 (GBD)

Dear Judge Daniels:

    The Government respectfully requests that today's conference in the above-referenced matter be adjourned until May 28, 2008, at 9:45 a.m.

    The Government also requests that the Court exclude time in the above-referenced matter until May 28, 2008, the date of the rescheduled conference. Such an exclusion is warranted because, among other reasons, it will allow the parties to discuss a possible disposition in this matter.

                                                     Respectfully submitted,

                                                     MICHAEL J. GARCIA
                                                     United States Attorney

                    By:        _____
                                                     Kenneth Allen Polite, Jr.
                                                     Assistant United States Attorney
                                                     (212) 637-2412

cc:    Sabrina P. Shroff, Esq. (via facsimile)

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the parties to discuss a possible disposition in this matter. Accordingly, it is ORDERED that the time between the date of this Order and May 28, 2008, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(H) & (h)(8)(A), in the interests of justice.

Dated:   New York, New York
         April ___, 2008
         APR 0 4 2008

                                    /s/ George B. Daniels
                                    JUDGE GEORGE B. DANIELS
                                    UNITED STATES DISTRICT JUDGE
                                    **HON. GEORGE B. DANIELS**