

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 17 2008

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax (212) 571-0392

Leonard F. Joy
Executive Director

Southern District of New York
John J. Byrnes
Attorney-in-Charge

September 16, 2008

BY FAX: (212) 805-6737

Hon. Judge George B. Daniels
United States District Judge
 For the Southern District Of New York
500 Pearl Street
New York, New York

    Re: United States v. Brooks
        07 Cr. 479 (GBD)

**SO ORDERED**
The conference is adjourned to November 6, 2008 at 10:00 a.m.

*George B. Daniels*

**HON. GEORGE B. DANIELS**
SEP 17 2008

The Hon. Daniels:

    I am writing to request an adjournment of the September 16, 2008 status conference on the above case.

    I have spoken with AUSA Polite and he has no objection to a request for a 45 day adjournment to any date convenient to the Court.

    To that end, we request that the time between September 16, 2008 and the next court date, be excluded under the Speedy Trial Act, pursuant to Title 18, United States Code, section 3161(h)(8)(A). Excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the government and defense counsel to continue discussions regarding a possible disposition in the matter. Thank you.

                          Respectfully submitted,

                          Sabrina P. Shroff
                          Assistant Federal Defender